JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAAZAREE EYLE an individual, | Case No. 2:20-cv-00715-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; DUVERA BILLING SERVICES, LLC d/b/a DUVERA FINANCIAL; AARON AGENCY, INC.; ALLIED COLLECTION SERVICES, INC. | |
| | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JAAZAREE ELYE ("Plaintiff"), and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"), as follows:

WHEREAS, Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.

IT IS HEREBY STIPULATED AND AGREED Accordingly, pursuant to LR IA 6-2, to by and among counsel, that EQUIFAX's time to answer, move or otherwise respond to Plaintiff's Complaint in this action is hereby extended up to and including **June 29, 2020**.

/ / /

1 | This stipulation is filed in good faith and not intended to cause delay.

2 | **IT IS SO STIPULATED.**

| DATED this 26th day of May, 2020 | DATED this 26th day of May, 2020 |
|---|---|
| | ***No opposition*** |
| CLARK HILL PLLC | THE LAW OFFICES OF ROBERT M. TZALL |
| By: //s// Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br>*Attorneys for Defendant Equifax Information Services LLC* | //s// Robert M. Tzall<br>Robert M. Tzall, Esq.<br>Nevada Bar No. 13412<br>THE LAW OFFICES OF ROBERT M TZALL<br>2551 North Green Valley Parkway<br>Suite 303, Building C<br>Henderson, NV 89014<br>Phone: (702) 666-0233<br>Email: office@tzalllegal.com<br>*Attorneys for Plaintiff* |

**"IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED this 27th day of May, 2020.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** has been served this 26th day of May, 2020, via the Court's CM/ECF system which will send notification to all counsel of record.

By: //s// Phyllis L. Cameron_____
An employee of Clark Hill, PLLC

ClarkHill\95782\337215\223905190.v1-5/26/20