**Robert M. Tzall**
NV State Bar No. 13412
The Law Offices of Robert M. Tzall
1481 Warm Springs Rd
Suite 135
Henderson, NV 89014
Tel: 702-666-0233
robert@tzalllegal.com

**Jennifer L. Braster**
Naylor & Braster Attorneys at Law, PLLC
1050 Indigo Dr. Ste 200
Las Vegas, NV 89145
Tel:  702-420-7001
jbraster@naylorandbrasterlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAAZAREE EYLE, | Docket No.  2:20-cv-00715-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. AND CLOSING CASE** |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| TRANS UNION, LLC, | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | [ECF No. 33] |
| DUVERA BILLING SERVICES, LLC dba DUVERA FINACIAL | |
| AARGON AGENCEY, INC | |
| ALLIED COLLECTION SERVICES, INC. | |
| . | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jaazaree Eyle ("Plaintiff") and Experian

Information Solutions, Inc. ("Defendant"), by and through their respective counsel of record, that

the above-captioned action, be and hereby is dismissed as to Experian Information Solutions, Inc.

with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  July 30, 2021

/s/*Robert M. Tzall*                             /s/ *Jennifer L. Braster*
Robert M. Tzall, Esq.                          Jennifer L. Braster, Esq.
**The Law Offices of Robert M. Tzall**        **Naylor & Braster Attorneys at Law, PLLC**
*Attorneys for Plaintiff*                       *Attorneys for Defendant*

**Order**

Based on the stipulation between plaintiff Jaazaree Eyle and defendant Experian Information Solutions, Inc. and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 33] is GRANTED**: Eyle's claims against Experian are **DISMISSED with prejudice** and with each party to bear its own fees and costs.

The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 16, 2021